RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Jonathan David Whitehead

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00816-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE BENCH TRIAL** |
| v. | (First Request) |
| JONATHAN DAVID WHITEHEAD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jonathan David Whitehead, that the Bench Trial currently scheduled on April 30, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the bench trial.

DATED this 28th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Skyler Pearson<br>SKYLER PEARSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN DAVID WHITEHEAD,<br><br>　　　　Defendant. | Case No. 2:24-mj-00816-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for Wednesday, April 30, 2025 at 9:30 a.m., be vacated and continued to June 4, 2025, at the hour of 9:40 p.m.

　　DATED this 28 day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE