**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN DAVID WHITEHEAD,<br>Defendant. | Case No. 2:24-mj-00816-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status check currently scheduled on October 8, 2026, at 9:30 a.m., be vacated and continued to **December 17, 2026** at the hour of 9:30 a.m.

DATED this 30th day of September, 2026.

[signature]

UNITED STATES MAGISTRATE JUDGE